IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK COCKRELL,

        Plaintiff,        1: 08 CV 0259 AWI WMW PC

  vs.                        ORDER

AVALOS,

        Defendant.

On February 3, 2009, an order was entered, finding that the operative pleading stated a claim for relief as to Defendant Avalos. Plaintiff was directed to complete and return to the court forms for service of process upon Defendant Avalos. The February 3, 2009, order inadvertently made reference to a different plaintiff and different defendants in the text of the order. This action proceeds against Defendant Avalos only.

Accordingly, IT IS HEREBY ORDERED that:

1. The February 3, 2009, order is vacated.

2. The Clerk's Office is directed to process the USM 285 form submitted by Plaintiff for service of process upon Defendant Avalos.

IT IS SO ORDERED.

Dated:   February 17, 2009        /s/ William M. Wunderlich
                                                   UNITED STATES MAGISTRATE JUDGE