IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK B. COCKRELL,

    Plaintiff,                        1: 08-CV-0259 AWI WMW (PC)

    vs.                                ORDER RE: FINDINGS & RECOMMENDATIONS (#11)

W. J. SULLIVAN, et al.,

    Defendants.

        Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

        On January 30, 2009, findings and recommendations were entered, recommending dismissal of Defendant Sullivan and dismissal of Plaintiff's access to courts claim and conditions of confinement claims. Plaintiff has not filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

1

Accordingly, THE COURT HEREBY ORDERS that:

    1. The Findings and Recommendations issued by the Magistrate Judge on January 30, 2009, are adopted in full; and

    2. Defendant Sullivan is dismissed. Plaintiff's access to courts and conditions of confinement claims in violation of the Eighth Amendment are dismissed.

IT IS SO ORDERED.

**Dated:**   **March 24, 2009**             **/s/ Anthony W. Ishii**
                                             CHIEF UNITED STATES DISTRICT JUDGE