IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK B. COCKRELL,
        Plaintiff,                    1: 08 CV 00259 AWI WMW PC

  vs.                                ORDER VACATING JUDGMENT

CORRECTIONAL COUNSELOR
AVALOS,

        Defendant.
_____/

     On March 24, 2009, the court adopted findings and recommendations issued on January 30, 2009, that dismissing Defendant Sullivan, as well as Plaintiff's claims of access to courts and conditions of confinement. This order resulted in this action proceeding only against Defendant Avalos. However, do to an administrative error, on March 24, 2009, the Clerk of the Court inadvertently closed the case and entered judgment. On May 18, 2009, the Clerk of the Court electronically re-opened this action to reflect this err. The official docket now reflects that this is an open case.

//

1

Accordingly, IT IS HEREBY ORDERED that the judgment entered on March 24, 2009, is vacated. This case proceeds against Defendant Avalos in accord with the March 24, 2009, order adopting the findings and recommendations.

IT IS SO ORDERED.

**Dated:   May 25, 2009**               /s/ **Anthony W. Ishii**
                                        CHIEF UNITED STATES DISTRICT JUDGE